| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NEUBECKER, DENNIS,  M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **XXX-XX-4768** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**472 PEREGRINE PARKWAY**<br>**BARTLETT, IL**       ZIP CODE   **60103** | Street Address of Joint Debtor (No. & Street, City, and State):       ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP CODE | Mailing Address of Joint Debtor (if different from street address):       ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DENNIS M. NEUBECKER** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **N.D. ILL** | Case Number:<br>**98-06043** | Date Filed:<br>**02/26/1998** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X  **/S/ MATTHEW M. LITVAK          3/20/2012**<br>Signature of Attorney for Debtor(s)          Date<br>**MATTHEW M. LITVAK          6208529** |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐      Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐      Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ☑      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐      There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |
| ☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐      Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DENNIS M. NEUBECKER** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ DENNIS M. NEUBECKER**
Signature of Debtor    **DENNIS M. NEUBECKER**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**3/20/2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/S/ MATTHEW M. LITVAK**
Signature of Attorney for Debtor(s)

**MATTHEW M. LITVAK   Bar No.   6208529**
Printed Name of Attorney for Debtor(s) / Bar No.

**MATTHEW M. LITVAK, ESQ.**
Firm Name

**155 N. HARBOR DRIVE SUITE 4301**
Address

**CHICAGO, IL 60601**

**312-337-8131**      **888-560-8011**
Telephone Number

**3/20/2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:   **DENNIS M. NEUBECKER**                                    Case No. **12-**
                    Debtor                                                                        (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*  _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

    ❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ DENNIS M. NEUBECKER**

                           **DENNIS M. NEUBECKER**

Date:  **3/20/2012**

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
### Northern District of Illinois

In re  **DENNIS M. NEUBECKER** _____,      Case No. **12-** _____

                              Debtor

Chapter  **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        331.000.00 | | |
| B - Personal Property | YES | 3 | $         16.781.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        327.490.94 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $        239,924.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $         40.042.78 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $         4.547.21 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $         9.049.66 |
| TOTAL | | 26 | $     347,781.00 | $      607,457.77 | |

**B6A (Official Form 6A) (12/07)**

In re:  **DENNIS M. NEUBECKER**                                    Case No.  **12-**
_____          _____
                      **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **DEBTOR'S FORMER MARITAL RESIDENCE, 2124 FIELDCREST DRIVE BARTLETT, IL 60103 PIN #06-31-314-019-0000**<br><br>**JOINT TENNANTS, DENNIS NEUBECKER,  (25%)MICHELLE NEUBECKER,  (25%) RONALD R. POPE (FATHER OF MICHELLE NEUBECKER) ((50%)** | **Co-Tenant** | **J** | **$ 331,000.00** | **$ 327,490.94** |
| | | Total ➢ | **$ 331,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **DENNIS M. NEUBECKER**                                      ,          Case No. **12-**
_____                                        _____
Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT, 5/3 BANK. (DENNIS NEUBECKER)** | H | 851.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **DEBTOR'S HOUSEHOLD GOODS AND FURNISHINGS, THREE BEDROOM SETS, COUCH, Tv., DINING ROOM TABLE, CHAIRS, IN THE POSSESSION OF MICHELLE NEUBECKER)** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **NECESSARY WEARING APPAREL (DENNIS NEUBECKER)  IN DEBTOR'S POSSESSION,.** | | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **AUTO INSURANCE POLICY ISSUED BY FARMERS INSURANCE. NO SURRENDER VALUE** | J | 0.00 |
| Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **PROPERTY INSURANCE ON DEBTORS' RESIDENCE, ISSUED BY FARMERS INSURANCE. NO SURRENDER VALUE** | J | 0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **DEBTOR'S 401(K) ADMINISTERED BY DEBTOR'S EMPLOYER (BLACK DIAMOND TODAY)** | J | 7,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **DENNIS M. NEUBECKER**                                                      ,          Case No.  **12-**
                                        **Debtor**                                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitle. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 CHEVY BLAZER IN DEBTOR'S POSSESSION.** | J | **1,432.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 MITSUBISHI MONTERO IN POSSESSION OF MICHELLE NEUBECKER.** | J | **5,398.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| | | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **DENNIS M. NEUBECKER** _____ ,        Case No.  **12-** _____
                                    **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_ continuation sheets attached        Total  ›   **$ 16,781.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   **DENNIS M. NEUBECKER** _____,   Case No.  **12-** _____
                                          Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875
  ☐ 11 U.S.C. § 522(b)(2)
  ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1996 CHEVY BLAZER IN DEBTOR'S POSSESSION.** | **735 ILCS 5/12-1001(b)** | **1,432.00** | **1,432.00** |
| **2001 MITSUBISHI MONTERO IN POSSESSION OF MICHELLE NEUBECKER.** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **5,398.00** |
|  | **735 ILCS 5/12-1001(b)** | **598.00** |  |
| **CHECKING ACCOUNT, 5/3 BANK. (DENNIS NEUBECKER)** | **735 ILCS 5/12-1001(b)** | **851.00** | **851.00** |
| **DEBTOR'S 401(K) ADMINISTERED BY DEBTOR'S EMPLOYER (BLACK DIAMOND TODAY)** | **735 ILCS 5/12-704** | **7,000.00** | **7,000.00** |
| **DEBTOR'S FORMER MARITAL RESIDENCE, 2124 FIELDCREST DRIVE BARTLETT, IL 60103 PIN #06-31-314-019-0000** <br><br> **JOINT TENNANTS, DENNIS NEUBECKER,  (25%)MICHELLE NEUBECKER,  (25%) RONALD R. POPE (FATHER OF MICHELLE NEUBECKER) ((50%)** | **735 ILCS 5/12-901** | **30,000.00** | **331,000.00** |
| **DEBTOR'S HOUSEHOLD GOODS AND  FURNISHINGS, THREE BEDROOM SETS, COUCH, Tv., DINING ROOM TABLE, CHAIRS, IN THE POSSESSION OF MICHELLE NEUBECKER)** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **NECESSARY WEARING APPAREL (DENNIS NEUBECKER)  IN DEBTOR'S POSSESSION,.** | **735 ILCS 5/12-1001(a),(e)** | **100.00** | **100.00** |

**B6D (Official Form 6D) (12/07)**

In re  **DENNIS M. NEUBECKER**                                              .        Case No.  **12-**
_____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  XXXX12042<br><br>OCWEN FINANCIAL CORPORATION<br>c/o CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD, SUITE 400<br>WILMINGTON,  DE 19808 | | H | Mortgage<br>DEBTOR'S FORMER MARITAL RESIDENCE,<br>2124 FIELDCREST DRIVE<br>BARTLETT, IL 60103<br>PIN #06-31-314-019-0000<br><br>JOINT TENNANTS, DENNIS NEUBECKER,  (25%)MICHELLE NEUBECKER,  (25%) RONALD R. POPE (FATHER OF MICHELLE NEUBECKER) ((50%)<br><br>VALUE $331,000.00 | | X | | 327,490.94 | 0.00 |

0    continuation sheets
     attached

Subtotal  ➤
(Total of this page)                                    $   327,490.94  $        0.00

Total  ➤
(Use only on last page)                              $   327,490.94  $        0.00

(Report also on Summary of   (If applicable, report
Schedules)                             also on Statistical
                                       Summary of Certain
                                       Liabilities and
                                       Related Data.)

B6E (Official Form 6E) (12/07)

In re   **DENNIS M. NEUBECKER** _____   Case No.   **12-** _____
_____Debtor_____   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **DENNIS M. NEUBECKER** _____ ,    Case No.   **12-** _____

Debtor    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Domestic Support Obligations

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **10 D 350101**<br>**MELINDA APPELMAN, ESQ.**<br>**101 N VIRGINIA**<br>**SUITE 220**<br>**CRYSTAL LAKE, IL 60014** | | H | **LEGAL SERVICES INCURRED IN THE ESTABLISHMENT OF PATERNITY AND CHILD SUPPORT.** | | | | **6,463.87** | **6,463.87** | **$0.00** |
| ACCOUNT NO.   **08 D3 31049**<br>**MELINDA APPELMAN, ESQ.**<br>**101 N VIRGINIA**<br>**SUITE 220**<br>**CRYSTAL LAKE, IL 60014** | | H | **LEGAL SERVICES INCURRED IN THE ESTABLISHMENT OF CHILD SUPPORT.** | | X | | **1,376.22.** | **1,376.22** | **$0.00** |
| ACCOUNT NO.   **08 D3  31049**<br>**MICHELLE NEUBECKER**<br>**2124 FIELDCREST DRIVE**<br>**BARTLETT, IL 60103** | | H | **CHILD SUPPORT AND MAINTENANCE ORDER.**<br><br>**SUPPORT:  BASE $373.87 WEEKLY. 32% OF ANY AMOUNT OVER $1,206.28 IN NET WEEKLY INCOME. MAINTENANCE:  8% OF ANY AMOUNT OVER $1,206.28 IN NET WEEKLY INCOME.** | | X | | **233,294.88** | **233,294.88** | **$0.00** |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $  **239,758.75** | $  **241,134.97** | $  **0.00** |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **DENNIS M. NEUBECKER**                                    Case No.    **12-**
_____                                    _____
Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ILLINOIS TOLLWAY AUTHORITY POB 5203 CHICAGO, IL 60660** | | | **UNPAID TOLLWAY VIOLATIONS** | | | | **165.30** | **165.30** | **$0.00** |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)    $ **165.30**  $ **165.30**  $ **0.00**

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **239,924.05**

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $ **241,300.27**  $ **0.00**

B6F (Official Form 6F) (12/07)

In re    **DENNIS M. NEUBECKER**                                        Case No. **12-**
                                    Debtor                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN. | | | | 0.00 |
| ACCOUNT NO.<br>**ADVANCE CARDIOLOGY ASSOCIATES**<br>**1875 DEMPSTER STREET**<br>**SUITE 555**<br>**PARK RIDGE, IL 60068** | | | MEDICAL SERVICES FOR DEBTOR'S DEPENDENTS. | | X | | 87.16 |
| ACCOUNT NO.  **44911**<br>**ADVANCED CARDIOLOGY CONSULTANTS**<br>**1710 N. RANDALL ROAD**<br>**SUITE 340**<br>**ELGIN, IL 60123** | | | MEDICAL SERVICES FOR DEBTOR'S DEPENDENTS. | | X | | 87.16 |
| ACCOUNT NO.  **9026**<br>**ALEXANDER AND ASSCIATES WOMEN'S HEALTH**<br>**POB 957736**<br>**HOFFMAN ESTATES, IL 60195-7736** | | | MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN. | | X | | 20.00 |
| ACCOUNT NO.  **9A380 & 105744**<br>**ALEXIAN BROTHERS MEDICAL GROUP**<br>**3350S SALT CREEK LANE**<br>**HOFFMAN ESTATES, IL 60195-7736** | | | MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN. | | X | | 148.00 |

11    Continuation sheets attached



Subtotal ➤ $                    342.32

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **DENNIS M. NEUBECKER** _____     Case No.  **12-** _____
                                       Debtor                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2331-KIDE** <br><br> **ALL KIDS & FAMILY CARE, IL** <br> **POB 19121** <br> **SPRINGFIELD, IL 62794** | | | **STATE MEDICAL CARE INSURANCE PREMIUM** | | X | | 240.00 |
| ACCOUNT NO.  **3659-1652** <br><br> **AMERICAN CORADIUS, LLC** <br> **POB 505** <br> **LINDEN, MI 48451-0505** | | | | | X | | 625.32 |
| ACCOUNT NO.  **702-28** <br><br> **AMERICAN FAMILY INSURANCE** <br> **MADISON, WIL 53777-0001** | | | **PROPERTY LOSS INSURANCE FOR DEBTOR'S RESIDENCE** | | X | | 1,057.70 |
| ACCOUNT NO. <br><br> **AMERICAN GENERAL FINANCE** <br> **601 N.W. 2ND STREET** <br> **EVANSVILLE, IN 47709** | | | | | X | | 0.00 |
| ACCOUNT NO. <br><br> **ASSOCIATES IN ORTHOPAEDIC SURGERY** <br> **c/o TRANSWORLD SYSTEMS** <br> **1375 EAST WOODFIELD ROAD** <br> **SUITE 110** <br> **SCHAUMBURG, IL 60173** | | | **DUPLICATE LISTING FOR PURPOSES OF NOTICE** | | X | | 0.00 |

Sheet no.  1  of  11  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      **1,923.02**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER**                                    Case No. __12-_____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **630-363-1624** <br><br> **ASSOCIATES IN ORTHOPAEDIC SURGERY 1710 N. RANDALL ROAD SUITE 140 ELGIN, IL 60123** | | | **MEDICAL SERVICES PROVIDED TO DEBTOR'S DEPENDENTS.** | | X | | 530.58 |
| ACCOUNT NO. <br><br> **BONAVENTURE MEDICAL FOUNDATION 3040 W Salt Creek Ln Arlington Heights, IL 60005** | | | **MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN.** | | X | | 138.61 |
| ACCOUNT NO. <br><br> **BONAVENTURE MEDICAL FOUNDATION c/o ICS 185th Street SUITE 100 Tinley Park, IL 60487** | | | **MEDICAL SERVICES** | | X | | 0.00 |
| ACCOUNT NO. <br><br> **CAPITAL ONE BANK POB 4199 Houston, TX 77210-4199** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 667.02 |
| ACCOUNT NO. <br><br> **CARD WORKS SERVICING 101 Crossways Park West WOODBURY, NY 11797** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 1,151.88 |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                              **2,488.09**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER**                                    Case No.   **12-**
                        Debtor                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CENTRAL DUPAGE HOSPITAL**<br>**\| 25 North Winfield Road**<br>**Winfield, IL 60190** | | | **MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN.** | | X | | 209.50 |
| ACCOUNT NO.<br><br>**CENTRAL MORTGAGE**<br>**POB 8025**<br>**LITTLE ROCK, AR 72203-8025** | | | | | X | | 0.00 |
| ACCOUNT NO.<br><br>**CHASE BANK**<br>**  AMERICAN CORADIUS INTERNATIONAL, LLC** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 625.33 |
| ACCOUNT NO.<br><br>**CHASE BANK USA NA**<br>**POB 14145**<br>**WILMINGTON, DE 19850-5148** | | | **DUPLICATE LISTING FOR PURPOSE OF NOTICE** | | X | | 0.00 |
| ACCOUNT NO.<br><br>**GMAC**<br>**c/o NARS**<br>**16253 Swingley Ridge Road**<br>**SUITE 300**<br>**Saint Louis, MO 63017** | | | **DUPLICATE LISTING FOR PURPOSES OF NOTICE** | | X | | 9,505.49 |

Sheet no.  3  of  11  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $         10,340.32

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER**                                     Case No. _12-_____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**GMAC -ALLY BANK**<br>**POB 951**<br>**Horsham, PA 19044** | | | **LOAN USED TO PURCHASE AUTOMOBILE** | | X | | 1,495.00 |
| ACCOUNT NO.<br><br>**GMAC -ALLY BANK**<br>**POB 951**<br>**Horsham, PA 19044** | | | **LOAN PROCEEDS USED TO PURCHASE VEHICLE** | | X | | 9,505.41 |
| ACCOUNT NO.<br><br>**GRABOWSKI SURGICAL ASSOCIATES**<br>**800 Biesterfield Road**<br>**Elk Grove Village, IL 60007** | | | **MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN.** | | X | | 0.00 |
| ACCOUNT NO.<br><br>**HARLEM FURNITURE**<br>**c/o WORLD FINANCIAL NETWORK NATIONAL BAN**<br>**3100 EASTON SQUARE PLAZA**<br>**COLUMBUS, OH 43219** | | | **MERCHANT CREDIT USED TO PURCHASE CONSUMER GOODS.** | | X | | 0.00 |
| ACCOUNT NO.<br><br>**HARLEM FURNITURE**<br>**1000 RHOWLING ROAD**<br>**LOMBARD, IL 60148** | | | **DUPLICATE LISTING FOR PURPOSE OF NOTICE** | | X | | 0.00 |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **11,000.41**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER**                                    Case No.   **12-**
                                                   _____
                              Debtor                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1387** <br><br> **HARRIS & HARRIS, LTD 222 Merchandise Mart Plz SUITE 1900 Chicago, IL 60654-1421** | | | **MEDICAL EXPENSES** | | X | | **186.00** |
| ACCOUNT NO. <br><br> **HOUSEHOLD BANK FSB 700 WOOD DALE  ROAD 1ST FLOOR WOOD DALE, IL 60191-1132** | | | **DUPLICATE LISTING FOR PURPOSES OF NOTICE** | | X | | **0.00** |
| ACCOUNT NO. <br><br> **HOUSEHOLD BANK MASTER CARD POB 2013 Buffalo, NY 14240** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | **675.46** |
| ACCOUNT NO. <br><br> **HSBC AUTO POB 60179 CITY OF INDUSTRY, CA 91716-0179** | | | **DUPLICATE LISTING FOR PURPOSE OF NOTICE.** | | | | **0.00** |
| ACCOUNT NO. <br><br> **HSBC BANK POB 2013 Buffalo, NY 14240** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | | | **674.74** |

Sheet no. _5_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **1,536.20**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER**                                        Case No. **12-**
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**HSBC BANK USA NA**<br>**POB 2013**<br>**BUFFALO, NY 14240** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS. | | X | | 0.00 |
| ACCOUNT NO.<br><br>**HSBC ORCHARD BANK CARD SERVICES**<br>**POB 60102**<br>**CITY OF INDUSTRY, CA 91716-0102** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS. | | X | | 0.00 |
| ACCOUNT NO.<br><br>**ILL DEPARTMENT OF REVENUE**<br>**CHICAGO-BANKRUPTCY**<br>**100 W. RANDOLPH**<br>**ROOM 7-500**<br>**CHICAGO, IL 60601** | | | MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN. | | X | | 1,163.00 |
| ACCOUNT NO.<br><br>**KCA FINANCIAL**<br>**628 NORTH STREET**<br>**GENEVA, IL 60134-1356** | | | MERCHANT CREDIT PURCHASES OF CONSUMER GOODS. | | | | 0.00 |
| ACCOUNT NO.<br><br>**LOWES CREDIT**<br>**POB 1111**<br>**North Wilkesboro, NC 28656** | | | MERCHANT CREDIT CARD USED TO PURCHASE CONSUMER GOODS. | | X | | 1,079.21 |

Sheet no. 6 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    2,242.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER** _____     Case No. __12-_____
                                    **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MARKET STREET MORTGAGE COMPANY 2650 MCCORMICK DRIVE CLEARWATER, FL 33759-1046** | | | | | X | | 0.00 |
| ACCOUNT NO. **MEA-AEA LLC 1555 Barrington Rd Hoffman Estates , IL - 60194** | | | MEDICAL SERVICES | | X | | 536.00 |
| ACCOUNT NO. **MERCHANTS CREDIT GUIDE 223 W. JACKSON BLVD. SUITE 400 CHICAGO, IL 60606** | | | DUPLICATE LISTING FOR PURPOSE OF NOTICE. | | | | 0.00 |
| ACCOUNT NO. **NCO FINANCIAL SERVICES c/o GE MONEY BANK POB 965004 Orlando , FL 32896-5004** | | | CREDIT CARD PURCHASES OF CONSUMER GOODS. | | | | 617.58 |
| ACCOUNT NO. **NEOPATH S.C. 1555 North Barrington Road Hoffman Estates, IL 60169** | | | MEDICAL SERVICES. | | | | 80.00 |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 1,233.58

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER**                                    Case No.   **12-**
                                    **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NICOR GAS POB 190 AURORA, IL 60502** | | | **RESIDENTIAL GAS SERVICE** | | X | | 0.00 |
| ACCOUNT NO. **NISSAN FINANCE POB 660360 DALLAS, TX 75266** | | | **DUPLICATE LISTING FOR PURPOSE OF NOTICE.** | | | | 0.00 |
| ACCOUNT NO. **NORTHWEST DERMATOLOGY 2500 W Higgins Rd SUITE 1400 Hoffman Estates, IL 60169** | | | **MEDICAL SERVICES** | | X | | 200.00 |
| ACCOUNT NO. **OBERWIES DAIRY 951 Ice Cream Drive  North Aurora, Illinois 60542** | | | **DAIRY PRODUCTS** | | X | | 112.27 |
| ACCOUNT NO. **ORCHARD BANK PO Box 49352 San Jose, CA 95161-9352** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 478.91 |

Sheet no. _8_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                                791.18

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DENNIS M. NEUBECKER**                                    Case No. **12-**
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 530.58 |
| ORTHOPAEDIC SURGERY c/o TRANSWORLD SYSTEMS 999 NORTH PLAZA DRIVE SCHAUMBURG, IL 60173 | | | MEDICAL SERVICES PROVIDED TO DEBTOR'S DEPENDENTS. | | | | |
| ACCOUNT NO. | | | | | X | | 511.10 |
| PRACTICE MANAGEMENT DYNAMICS c/o DIVERSIFIED SERVICES GROUP 1824 West Grand Avenue #200 CHICAGO, IL 60622 | | | MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN. | | | | |
| ACCOUNT NO. | | | | | X | | 0.00 |
| PROFESSIONAL ACCOUNT MANAGEMENT POB 6100 COEUR D' ALENE, ID 83816 | | | DUPLICATE LISTING FOR PURPOSE OF NOTICE. | | | | |
| ACCOUNT NO. | | | | | X | | 397.00 |
| RMC EMERGENCY PHYSICIANS 7435 W Talcott Ave Chicago , IL - 60631 | | | MEDICAL SERVICES FOR DEBTOR'S CHILDREN | | | | |
| ACCOUNT NO. | | | | | | | 1,071.92 |
| SANTANDER CONSUMER USA POB 961245 Fort Worth, TX 76161-1245 | | | CREDIT ACCOUNT PURCHASED BY 3RD PARTY. | | | | |

Sheet no. 9 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                    2,510.60

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DENNIS M. NEUBECKER**                                    Case No.  **12-**
                                   _____                        _____
                              Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 0.00 |
| SECURITY CREDIT SERVICE 2653 WEST OXFORD LOOP SUITE 108 OXFORD, MS 38655 | | | CREDIT ACCOUNT PURCHASED BY 3RD PARTY. | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| SHERMAN HOSPITAL 1425 N RANDALL ROAD ELGIN, IL 60123 | | | MEDICAL SERVICES | | | | |
| ACCOUNT NO. | | | | | | | 25.00 |
| TINA BANSAL, MD 800 Biesterfield Road Elk Grove Village, IL 60007 | | | MEDICAL SERVICES | | | | |
| ACCOUNT NO. | | | | | X | | 444.32 |
| UNITED CONSUMER FINANCIAL SERVICES 865 Bassett Road Westlake, Ohio 44145 | | | DUPLICATE LISTING FOR PURPOSE OF NOTICE. | | | | |
| ACCOUNT NO. | | | | | X | | 0.00 |
| URO PARTNERS 2225 Enterprise Dr SUITE 2511 Westchester, IL 60154-5805 | | | MEDICAL SERVICES PROVIDED TO DEBTOR'S CHILDREN. | | | | |

Sheet no. __10__ of __11__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  **469.32**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DENNIS M. NEUBECKER**                                    Case No.  **12-**
_____
                                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 40.00 |
| **VALLEY FAMILY MEDICINE** **2900 Foxfield Rd** **SUITE 101** **St. Charles, IL 60174** | | | **MEDICAL SERVICES** | | | | |
| ACCOUNT NO. | | | | | X | | 0.00 |
| **VICTORIAS SECRET WFNB** **POB 182273** **COLUMBUS, OH 43218-2273** | | | **MERCHANT CREDIT USED TO PURCHASE CONSUMER GOODS.** | | | | |
| ACCOUNT NO. | | | | | X | | 352.72 |
| **WALMART** **POB 530927** **Atlanta, GA 30353-0927** | | | **MERCHANT CREDIT USED TO PURCHASE CONSUMER GOODS.** | | | | |
| ACCOUNT NO. | | | | | X | | 4,772.81 |
| **WORLD FINANCIAL NETWORK** **4590 East Broad Street** **Columbus, OH 43213** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | | | |

Sheet no.  11  of  11  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $  **5,165.53**

Total ➢  $  **40,042.78**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **DENNIS M. NEUBECKER**                                    ,    Case No.  **12-**_____
                              Debtor                                                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **DENNIS M. NEUBECKER**                                    Case No.  **12-**
                         _____                                    _____
                                    Debtor                                                      (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

| In re | DENNIS M. NEUBECKER | | Case No. | 12- |
|---|---|---|---|---|
| | Debtor | | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **DAUGHTER** | **15** |
| | **DAUGHTER** | **8** |
| | **DAUGHTER** | **6** |
| | **DAUGHTER** | **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **PLUMBER HVAC REPAIRMAN** | |
| Name of Employer | **BLACK DIAMOND TODAY** | |
| How long employed | **FIVE YEARS** | |
| Address of Employer | **748 TEK DRIVE**<br>**CRYSTAL LAKE, IL 60014** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ **11,879.75** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **11,879.75** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **3,392.83** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify)   **AFLAC LIFE INSURANCE** | $ **105.99** | $ **0.00** |
| **CHILD SUPPORT AND MAINTENANCE ORDER** | $ **3,055.32** | $ **0.00** |
| **HEALTH INSURANCE** | $ **778.39** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **7,332.53** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **4,547.21** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify) | $ **0.00** | $ **0.00** |

**B6I (Official Form 6I) (12/07) - Cont.**

In re   **DENNIS M. NEUBECKER**                                    Case No.   **12-**
                    _____                    _____
                          Debtor                                        (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _____ 0.00 | $ _____ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _____ 4,547.21 | $ _____ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$ 4,547.21** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **DENNIS M. NEUBECKER** _____,   Case No. _____**12-**_____
Debtor   **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 2,476.33 |
| a. Are real estate taxes included? | Yes _____ | No ✓ | | |
| b. Is property insurance included? | Yes _____ | No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 120.00 |
| b. Water and sewer | | | $ | 0.00 |
| c. Telephone | | | $ | 130.00 |
| d. Other _____ | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 800.00 |
| 5. Clothing | | | $ | 150.00 |
| 6. Laundry and dry cleaning | | | $ | 50.00 |
| 7. Medical and dental expenses | | | $ | 60.00 |
| 8. Transportation (not including car payments) | | | $ | 592.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 120.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 100.00 |
| e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) _____ | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other _____ | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,598.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,547.21 |
| b. Average monthly expenses from Line 18 above | $ | 4,598.33 |
| c. Monthly net income (a. minus b.) | $ | -51.12 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **DENNIS M. NEUBECKER**_____,   Case No.   **12-**_____
                            Debtor                          Chapter   **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ **239,758.75** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ **165.30** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ **239,924.05** |

### State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ **4,547.21** |
| Average Expenses (from Schedule J, Line 18) | $ **9,049.66** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ **11,879.75** |

### State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **241,300.27** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $**40,042.78** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $**40,042.78** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **DENNIS M. NEUBECKER** _____     Case No.  **12-** _____
                                    **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **3/20/2012** _____        Signature:  **s/ DENNIS M. NEUBECKER** _____
                                                              **DENNIS M. NEUBECKER**
                                                                        Debtor
                                              [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:  **DENNIS M. NEUBECKER**                                    ,          Case No. **12-** _____

                                         Debtor                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 112,520.07 | DEBTOR'S INCOME FROM EMPLOYMENT. | 2010 |
| 142,556.96 | DEBTOR'S GROSS INCOME FROM EMPLOYMENT. | 2011 |
| 28,156.28 | DEBTOR'S GROSS INCOME FROM EMPLOYMENT. | 2012 |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ELIZABETH A. POPE, ESQ.**<br>**579 W. NORTH AVE.**<br>**SUITE 201**<br>**ELMHURST, IL 60126** | **2/23/2012 * DOMESTIC**<br>**SUPPORT OBLIGATION** | **2,000.00** | **0.00** |
| **MELINDA APPELMAN, ESQ.**<br>**101 N VIRGINIA**<br>**SUITE 220**<br>**CRYSTAL LAKE, IL 60014** | **2/23/2012 * DOMESTIC**<br>**SUPPORT OBLIGATION** | **4,500.00** | **6,463.87** |
| **MICHELLE NEUBECKER**<br>**2124 FIELDCREST DRIVE**<br>**BARTLETT, IL 60103** | **02/23/2012**<br>*** DOMESTIC SUPPORT**<br>**OBLIGATION** | **7,600.00** | **225,694.88** |

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐      the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **MTG FINANCE LCC. v. DENNIS NEUBECKER, MICHELLE, NEUBECKER, RONALD POPE 11 CV 475** | **MORTGAGE FORECLOSURE** | **NORTHERN DISTRICT OF ILLINOIS** | **DISMISSED** |
| **MICHELLE NEUBECKER v. DENNIS NEUBECKER 08 D 31049** | **DISSOLUTION OF MARRIAGE, MAITENANCE, CHILD SUPPORT** | **CIRCUIT COURT OF COOK COUNTY, IL ROLLING MEADOWS.** | **PENDING** |
| **JUDY L. MOORE v. DENNIS NEUBECKER 11 D3 50101** | **PETITION TO ESTABLISH PARENTAGE, CHILD SUPPORT AND VISITATION** | **CIRCUIT COURT, COOK COUNTY ILLINOIS 3RD DIST. ROLLING MEADOWS** | **ORDER OF PARENTAGE CUSTODY** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☐      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ELIZABETH A. POPE, ESQ. 579 W NORTH AVE. SUITE 201 ELMHURST, IL 60126** | **02/23/2012** | **$2,000 CASH FROM DEBTOR'S FEDERAL INCOME TAX REFUND ORDERED BY COURT TO BE PAID IN SATISFACTION OF JUDGMENT FOR INTERIM ATTORNEY'S FEES AND COSTS RELATEDTO THE ESTABLISHMENTOF CHILD SUPPORT.** |
| **MELINDA APPELMAN, ESQ. 101 N VIRGINIA SUITE 220 CRYSTAL LAKE, IL 60014** | **02/23/2012** | **$4,500 CASH FROM DEBTOR'S FEDERAL INCOME TAX REFUND ORDERED BY COURT TO BE PAID IN SATISFACTION OF JUDGMENTFOR INTERIM ATTORNEY'S FEES AND COSTS RELATEDTO THE ESTABLISHMENTOF CHILD SUPPORT.** |
| **MICHELLE NEUBECKER 2124 FIELDCREST DRIVE BARTLETT, IL 60103** | **02/23/2012** | **$7,600.00 CASH FROM DEBTOR'S FEDERAL INCOME TAX REFUND ORDERED BY COURT TO BE PAID IN SATISFACTION OF JUDGMENT FOR CURRENT CHILD SUPPORT AND CHILD SUPPORT ARREARAGES.** |

### 5.   Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑   foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.   Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑   commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑   immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.   Gifts

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☑   ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.   Losses

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☑   of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
**one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MATTHEW M. LITVAK, ESQ. 155 N. HARBOR DRIVE SUITE 4301 CHICAGO, IL 60601** | **01/15/2012** | **$750.00** |

## 10. Other transfers

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑     debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑     self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑     sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

## 12.  Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

8

## 18. Nature, location and name of business

None

☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None

☑

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____     ADDRESS _____

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **3/20/2012**                              Signature     **s/ DENNIS M. NEUBECKER**
                                               of Debtor      **DENNIS M. NEUBECKER**

Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:   **DENNIS M. NEUBECKER** _____   Case No.   **12-** _____
                                    Debtor                              Chapter   **7** _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. **DEBTOR'S FORMER MARITAL RESIDENCE, 2124 FIELDCREST DRIVE BARTLETT, IL 60103 PIN #06-31-314-019-0000** <br><br> **JOINT TENNANTS, DENNIS NEUBECKER, (25%)MICHELLE NEUBECKER,  (25%) RONALD R. POPE (FATHER OF MICHELLE NEUBECKER) ((50%)** | **OCWEN FINANCIAL CORPORATION** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

**s/ DENNIS M. NEUBECKER    3/20/2012** _____
**DENNIS M. NEUBECKER**
Signature of Debtor         Date

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:  **DENNIS M. NEUBECKER**

Debtor

Case No.  **12-**
Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 750.00 |
| Prior to the filing of this statement I have received | $ | 750.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **3/20/2012**

**/S/ MATTHEW M. LITVAK**
**MATTHEW M. LITVAK, Bar No.  6208529**

**MATTHEW M. LITVAK, ESQ.**
Attorney for Debtor(s)

---